IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-MJ-190-DCK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| CEDARIAN GRIER | ) | **ORDER TO UNSEAL** |

On the government's motion to unseal the Criminal Complaint, Affidavit in support thereof, Arrest Warrant, Motion to Seal, and Order issued pursuant thereto in the above-captioned file, for the reasons stated in the government's motion,

IT IS THEREFORE ORDERED that the Clerk shall unseal the Criminal Complaint, Affidavit in support thereof, Arrest Warrant, Motion to Seal, and Order until further order of the Court.

Signed: June 28, 2012

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff